IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01301-BNB
(Removal from District Court, Denver County, Colorado,
*People of the State of Colorado v. Dean Carbajal,*
Case Nos. 10CR1576 and 10CR1600)

THE PEOPLE OF THE STATE OF COLORADO,

    Plaintiff,

v.

DEAN CARBAJAL,

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 23 2011

GREGORY C. LANGHAM
                  CLERK

## ORDER

This case was inadvertently opened as a civil action.  Defendant is seeking removal of his state criminal prosecution to this Court.  The case should be filed as a criminal action.  Accordingly, it is

    ORDERED that the Clerk of the Court close the instant action.  It is

    FURTHER ORDERED that the Clerk of the Court open a criminal action and docket all filings from the this case in the criminal action.

    DATED May 23, 2011, at Denver, Colorado.

                            BY THE COURT:

                            s/ Boyd N. Boland
                            United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01301-BNB

Dean Carbajal
Prisoner No. 110955
Fremont Correctional Facility
PO Box 999
Cañon City, CO 81215- 0999

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on May 23, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk